UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

RANDY DEL MCREYNOLDS,
AMY JO MCREYNOLDS,
MARIAH SARA FOSTER
(a/k/a "Mariah Sara McReynolds"),
and
DUSTIN DOUGLAS FOSTER,

                Defendants.

Case No. 2:23-CR-0012-TOR-1, 2, 3, & 4

Order Granting Government's Motion for a Protective Order

IT IS HEREBY ORDERED that:

    1.    The Government's Motion for a Protective Order, ECF No. 96, is **GRANTED**.

    2.    The Government will provide discovery materials contained within Discovery Production #7 to defense counsel;

    3.    Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials contained within Discovery Production #7, including sealed documents;

Order Granting Government's Motion for a Protective Order - 1

4.    Defense counsel may show to, and discuss with the Defendants, all discovery materials contained within Discovery Production #7, including sealed documents;

5.    Defense counsel shall not provide original or copies of any discovery materials contained within Discovery Production #7 to the Defendants. This is meant to include verbatim, or close to verbatim, recitations of discovery produced to defense counsel;

6.    Defense counsel shall not otherwise provide original or copies of the discovery material contained within Discovery Production #7 to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

7.    The Government, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed court proceedings relevant to Case No. 2:23-CR-00012-TOR; provided however, any written reference to the content of the protected discovery **shall be filed under seal.**

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

Dated this 15th day of September 2023.



_____
THOMAS O. RICE
United States District Judge

Order Granting Government's Motion for a Protective Order - 2